Gene BRISCOE et al., Appellants, v. TEXAS GENERAL AGENCY COMPANY, Appellee.

No. 10412.

Court of Civil Appeals of Texas. San Antonio.

Jan. 18, 1939.

Rehearing Denied Feb. 15, 1939.

Spears, Conger, Baskin & Spears, of San Antonio, for appellants.

R. H. Mercer and Hayden C. Covington, both of San Antonio, for appellee.

SLATTON, Justice.

This cause is affirmed without written opinion upon the authority of Associated Indemnity Corporation et al. v. Gatling, Tex.Civ.App., 75 S.W.2d 294.